Marlene BEST and Charlene Rodriguez, Appellants,

v.

DAIRYLAND INSURANCE CO., Defendant, Gary Lee Schenkel, et al, Respondents.

No. WD 50760.

Missouri Court of Appeals, Western District.

Nov. 14, 1995.

Joseph K. Lewis, Jr., Kansas City, for appellants.

Steven F. Coronado, Kansas City, for respondents.

Before FENNER, C.J., P.J., BERREY, J., and TURNAGE, Senior Judge.

### ORDER

PER CURIAM.

Appeal from summary judgment.

Judgment affirmed. Rule 84.16(b).

Mike B. WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 50959.

Missouri Court of Appeals, Western District.

Nov. 14, 1995.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., and Breck K. Burgess, Asst. Atty. Gen., for respondent.

Before ELLIS, P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM:

Appeal from the denial of a Rule 24.035 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).